Hearing Date: July 30, 2015
Opposition Deadline: June 30, 2015
Reply Deadline:  July 16, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE RESCAP LIQUIDATING TRUST MORTGAGE PURCHASE LITIGATION | Case No. 12-12020 (MG) (Ch. 11)<br>Adv. Proc. No. 14-07900 (MG) |
| *This document relates to*:<br><br>Residential Funding Co. v. HSBC Mortg. Corp. (USA), Adv. Proc. No. 14-01915 (MG)<br><br>Residential Funding Co. v. UBS Real Estate Secs., Inc., Adv. Proc. No. 14-01926 (MG)<br><br>ResCap Liquidating Trust v. Summit Fin. Mortg. LLC, Adv. Proc. No. 14-01996 (MG)<br><br>ResCap Liquidating Trust v. Mortg. Investors Grp., Inc., Adv. Proc. No. 14-02004 (MG)<br><br>Residential Funding Co. v. SunTrust Mortg. Inc., Adv. Proc. No. 13-1820 (MG) | **NOTICE OF DEFENDANTS' MOTION TO MODIFY ORDER APPOINTING MEDIATOR** |

PLEASE TAKE NOTICE that, in the above-captioned adversary proceedings (the "Adversary Proceedings"); the Memorandum of Law In Support of Defendants' Motion to Modify Order Appointing Mediator; and the Declaration of Krista Anderson and exhibits attached thereto, each of the defendants (collectively, the "Defendants") in the Adversary Proceedings, by and through their undersigned counsel, will move this Court on July 30, 2015, before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, for an Order modifying the Order Appointing Mediator to permit Defendants to take discovery of the mediation communications between the adverse Chapter 11 parties regarding the Global Settlement and requiring Plaintiff to produce settlement communications between the adverse Chapter 11 parties, including communications pre-dating the Mediation Order.

Dated: June 3, 2015

Respectfully submitted,

/s/ R. Hackney Wiegmann
R. Hackney Wiegmann (hwiegmann@wc.com)
Andrew W. Rudge (arudge@wc.com)
Matthew V. Johnson (mjohnson@wc.com)
Jesse Smallwood (jsmallwood@wc.com)
Krista Anderson (kmanderson@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (fax)

*Attorneys for Defendant HSBC Mortgage Corp. (USA)*

/s/ John Doherty
John P. Doherty (john.doherty@alston.com)
Jennifer Susan Kozar
(jennifer.kozar@alston.com)
James S. D'Ambra, Jr.
(jamesdambra@alston.com)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
(212) 210-9444 (fax)

*Attorneys for Defendant SunTrust Mortgage, Inc.*

| | |
|---|---|
| /s/ Cameron S. Matheson | /s/ Roland P. Reynolds |
| James A. Murphy (jmurphy@mmlawus.com) | Roland P. Reynolds |
| Cameron S. Matheson (cmatheson@mmlawus.com) | (rreynolds@pldlawyers.com) |
| Theodore R. Snyder (tsnyder@mmlawus.com) | PALMER, LOMBARDI & DONOHUE, LLP |
| MURPHY & MCGONIGLE, PC | 515 South Flower Street |
| 1185 Avenue of the Americas | Suite 2100 |
| 21st Floor | Los Angeles, CA 90071 |
| New York, NY 10036 | (213) 688-0430 |
| (212) 880-9999 | (213) 688-0440 (fax) |
| | |
| *Attorneys for Defendants Summit Financial Mortgage LLC and Summit Community Bank, Inc.* | *Attorney for Defendant Mortgage Investors Group, a general partnership* |

/s/ Robert A. Fumerton
Robert A. Fumerton (robert.fumerton@skadden.com)
Alexander C. Drylewski (alexander.drylewski@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000
(212) 735-2000 (fax)

*Attorneys for Defendant UBS Real Estate Securities Inc.*

# CERTIFICATE OF SERVICE

I, Krista Anderson, hereby certify that this 3rd day of June 2015, I caused a true and correct copy of the foregoing Notice of Defendants' Motion to Modify Order Appointing Mediator to be served by the Court's electronic filing system upon:

Peter Calamari (petercalamari@quinnemanuel.com)
Anthony P. Alden (anthonyalden@quinnemanuel.com)
Jennifer A.L. Battle (battle@carpenterlipps.com)
Isaac Nesser (isaacnesser@quinnemanuel.com)
John Sullivan (johnsullivan@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave.
New York, NY 10001

*Attorneys for Plaintiff Rescap Liquidating Trust*

/s/  Krista Anderson
Krista Anderson