**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESCAP LIQUIDATING TRUST MORTGAGE PURCHASE LITIGATION<br><br>*This document relates to:*<br><br>Residential Funding Co. v. HSBC Mortg. Corp. (USA), Adv. Proc. No. 14-01915 (MG)<br><br>Residential Funding Co. v. UBS Real Estate Secs., Inc., Adv. Proc. No. 14-01926 (MG)<br><br>ResCap Liquidating Trust v. Summit Fin. Mortg. LLC, Adv. Proc. No. 14-01996 (MG)<br><br>ResCap Liquidating Trust v. Mortg. Investors Grp., Inc., Adv. Proc. No. 14-02004 (MG)<br><br>Residential Funding Co. v. SunTrust Mortg. Inc., Adv. Proc. No. 13-1820 (MG) | Adv. Proc. No. 14-07900 (MG) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, I caused a copy of: (1) the Response of the ResCap Liquidating Trust and Residential Funding Co. to Defendants' Motion to Modify Order Appointing Mediator in this action; and (2) Declaration of Jennifer A.L. Battle to be served upon counsel for Defendants HSBC Mortgage Corp. (USA), UBS Real Estate Securities, Inc., Summit Financial Mortgage LLC, Mortgage Investors Group, Inc., and SunTrust Mortgage Inc. via the Court's electronic filing system.

99999.77431/6944418.1

| | | |
|---|---|---|
| DATED: | New York, NY<br>July 2, 2015 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |

By: */s/ Isaac Nesser*
Peter E. Calamari
David Elsberg
Isaac Nesser
51 Madison Avenue, Floor 22
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
petercalamari@quinnemanuel.com
davidelsberg@quinnemanuel.com
isaacnesser@quinnemanuel.com

*Attorneys for Plaintiffs*

99999.77431/6944418.1